FRANK J. CURRIER, appellant,

*v.*

ADA DOW CURRIER, respondent.

[Submitted March 27th, 1905. Decided November 20th, 1905.]

On appeal from a decree of Chancellor Magie, whose opinion is reported *ante p.* 7.

*Messrs. Hudspeth & Puster,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons set forth in the opinion filed in the court of chancery by Chancellor Magie.

*For affirmance*—THE CHIEF-JUSTICE, DIXON, GARRISON, FORT, GARRETSON, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY—12.

*For reversal*—None.